Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

**MEMORANDUM OPINION**

No. 04-09-00518-CR

**IN RE** Jose Alberto **GUTIERREZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Karen Angelini, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed: August 31, 2009

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On August 19, 2009, relator Jose Alberto Gutierrez filed a petition for writ of mandamus, seeking to compel the District Clerk of Bexar County to provide him copies of various records pursuant to the "Texas Open Records Act." We conclude this court does not have jurisdiction to grant the requested relief.

By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (Vernon 2004). Therefore, we have no mandamus jurisdiction over a district clerk unless the issuance of the writ is necessary to

---

[1] This proceeding arises out of Cause Nos. 2008-CR-1186 and 2008-CR-1187, styled *State of Texas v. Jose Alberto Gutierrez*, in the 290th Judicial District Court, Bexar County, Texas, the Honorable Sharon Mcrae presiding.

enforce our jurisdiction. *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding). Relator has failed to establish the writ he is requesting is necessary to enforce our jurisdiction.

Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH